| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |

**Order Filed on April 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Santos M Oliva

Case No.: 19-15719

Hearing Date:

Chapter: 7

Judge: Altenburg

# ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements;

It is hereby **ORDERED** that

<u>xx</u>   The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

___   Other: _____

_____

United States Bankruptcy Court
District of New Jersey

In re:  
Santos M. Oliva  
    Debtor

Case No. 19-15719-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin            Page 1 of 1            Date Rcvd: Apr 05, 2019  
                  Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.  
db          +Santos M. Oliva,   707 Wesley Ave.,   Pleasantville, NJ 08232-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:  
      Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com  
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 3