**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513



Order Filed on July 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SANTOS M. OLIVA

　　　　　Debtor(s),

Case No.:  19-15719

Adv. No.:

Hearing Date: July 30, 2019

Judge: Andrew B. Altenburg, Jr.

## ORDER TO DISMISS CHAPTER 7 PURSUANT TO § 341(A) & 343

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: July 30, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  Santos M. Oliva
Case No.:  19-15719/ABA
Caption of Order: Order to Dismiss Chapter 7 Pursuant to § 341(A) & 343

Upon consideration of Trustee's motion for an order to Dismiss Chapter 7, and good cause appearing therefore, it is hereby **ORDERED** that the above-captioned Chapter 7 is hereby dismissed for Failure to Appear and be Examined Pursuant to Sections 341(A) and 343 of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-15719-ABA
Santos M. Oliva                                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 31, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
db             +Santos M. Oliva,    707 Wesley Ave.,    Pleasantville, NJ 08232-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                              Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5